**Order entered September 19, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00333-CV**

## IN THE INTEREST OF S.C. AND K.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-16417-Z**

## ORDER

As directed to do so, appellant has provided written verification he has requested the reporter's record and paid the fee for preparation of the record. Accordingly, we **ORDER** Glenda E. Finkley, Official Court Reporter for the 256th Judicial District Court, to file the record no later than October 19, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Finkley and the parties.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE